UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL ARMSTRONG | ) | Case No.: 1:23 CV 1216 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF EAST CLEVELAND | ) | |
| | ) | |
| | ) | <u>JUDGMENT</u> |
| Defendant | ) | |

The court, consistent with the jury verdict returned on September 13, 2024, hereby enters judgment in favor of Plaintiff Nathaniel Armstrong and against Defendant the City of East Cleveland as to Counts III and IV, in the total amount of $85,362.00, consisting of $76,166 in economic loss and $9,196 in non-economic loss. Judgment as to Counts I and II in favor of Defendant the City of East Cleveland and against Plaintiff Nathaniel Armstrong.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 13, 2024